<u>Clerks Letter</u>                                    <u>Cause No: 1068432-A</u>

83,463-01

Steven Ray Briones
1475914 Michaels Unit
2664 FM 2054
<u>Tennesse Colony, TX 75886</u>

In Re: Texas Code of Criminal Procedure
2.21   Clerks Ministrial - Duty

✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

Petitioners Above Cause has not been fowarded to the Court of Criminal Appeals. His Vernon's Art. 11.07 was filed with 178th Judicial District of Harris County, Texas on January 3rd, 2011. Petitioner sent District Clerk Chris Daniel a letter requesting his Vernon's Art. 11.07 be fowarded to Court of Criminal Appeals and has not recieved a response.

(1)

Petitioner's Vernon Art. 11.07 has been sitting in trial courts Possesion for over 1585 days after the order was sent notifying him his motion was filed in said trial court.

Chris Daniel, District Clerk of 178th Judicial District, Post Judgement Division of Harris County, Texas has a ministrial duty under T.C.C.P. 2.21 to foward all appeal documents to Court of Criminal Appeals once trial court conduct a factual finding hearing and deems said 11.07 to not have errors trial court can rule on.

Chris Daniels evasiveness to send 11.07 to CCA shows his duty to said court is abusive and conspires to help trial court escape duty of assigned bench, unless he took on abusive conduct of his clerk's duty to deny Petitioner Section 1 Art. 14th of the U.S. Constitution and 5th and 14th amendment to the u.s constitution As too, denial of the 6th Amendment Ineffective Counsel.

Petitioner sends this clerk's letter to both Chris Daniel, clerk of Harris County, Texas and the clerk of court of Criminal Appeals in the attempt to correct T.C.C.P. 2.21 Clerk's abusive duty, Prior to Mandamus Motion for abuse to appeal courts and clerk's misconduct complaint abuse as well as obstruction of due course of justice.

(2)

## Prayer for Relief

Petitioners Vernon Art. 11.07 is sitting stalled in Chris Daniel's, District Clerk of Harris County, Texas Possession and all exhibits and said 11.07 motion and trial courts ruleing and Attorneys response and any other court documents are now to be fourrded to Court of Criminal Appeals for filing

Signed this **05**th day
of May 2015 by petitioner

Steven Ray Buoneo

## Certificate of Service

This is to certify that this clerks letter was sent by the U.S. Mail system to both Chris Daniel, clerk of Harris County, Texas and Court of Criminal Appeals Clerk, Austin Texas and this foresoing is true and correct, pursuant to §1746 V.T.C.A.

Signed this **05**th day of May 2015
by: Steven Ray Buoneo

(3)